ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
TIMOTHY BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00418-AWI-BAM |
| Plaintiff, | ) |
| vs. | ) |
| | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| ENRIQUE RODRIGUEZ and | ) |
| TIMOTHY BUTLER, | ) Date: February 25, 2013 |
| | ) Time: 1:00 p.m. |
| Defendant. | ) Hon. Barbara McAuliffe |

Plaintiff United States of America, by and through its
counsel of record, and defendant, by and through his counsel
of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on
February 25, 2013, at 1:00 p.m.

2. By this stipulation, defendant now moves to continue
the status conference until **April 8, 2013, at 1:00 p.m.** and to
exclude time between February 25, 2013, and April 8, 2013,
under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not
oppose this request.

3. The parties agree and stipulate, and request that the
Court find the following:

a. The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

b. Plea negotiations are ongoing however the parties need additional time and believe that, based on the posture at this point, the matter will resolve. Plea agreements have not been finalized thus additional time is needed to consult with the clients and the government regarding the ongoing plea negotiations and conduct any further investigation that may arise as the result of the negotiations.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation and resolution, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 25, 2013, to April 8, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a

continuance granted by the Court at defendant's request on
the basis of the Court's finding that the ends of justice
served by taking such action outweigh the best interest of
the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a
finding that other provisions of the Speedy Trial Act dictate
that additional time periods are excludable from the period
within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 21, 2013

                              /s/ Kathleen A. Servatius
                              Assistant United States
                              Attorney

Dated: February 21, 2013

                              /s/ Anthony P. Capozzi
                              Anthony P. Capozzi
                              Attorney for
                              TIMOTHY BUTLER

Dated: February 21, 2013

                              /s/ David Torres
                              David Torres
                              Attorney for
                              ENRIQUE RODRIGUEZ

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act form February 25, 2013, to, and including, April 8, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**IT IS ORDERED** that the 2nd Status Conference currently scheduled on February 25, 2013, at 1:00 p.m. is continued to **April 8, 2013, at 1:00 p.m.**


IT IS SO ORDERED.

Dated:   **February 21, 2013**            /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE