ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
TIMOTHY BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00418-AWI-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE OF PLEA HEARING |
| TIMOTHY BUTLER, | ) |
| Defendant. | ) Date: June 10, 2013<br>) Time: 1:00 p.m.<br>) Hon. Barbara McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on June 10, 2013, at 1:00 p.m. before Judge McAuliffe.

2. By this stipulation, defendant now moves for a Change of Plea hearing before Judge Ishii on June 10, 2013, at 1:30 p.m. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

      a. The government and the Defendant have come to an agreement and Defendant wishes to change his plea.

      b. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: June 7, 2013

                        */s/ Kathleen A. Servatius*
                        Assistant United States Attorney

Dated: June 7, 2013

                        */s/ Anthony P. Capozzi*
                        Anthony P. Capozzi
                        Attorney for
                        TIMOTHY BUTLER

**ORDER**

**IT IS ORDERED** that the Status Conference currently scheduled for June 10, 2013, at 1:00 p.m. in front of Judge McAuliffe is changed to a Change of Plea hearing in front of Judge Ishii on June 10, 2013, at 1:30 p.m.

IT IS SO ORDERED.

Dated:  June 7, 2013                    _____
                                      SENIOR  DISTRICT JUDGE