ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  Anthony@capozzilawoffices.com

Attorney for Defendant,
TIMOTHY BUTLER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00418 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER |
|  | ) ADVANCING SENTENCING HEARING |
|  | ) DATE |
| TIMOTHY BUTLER, | ) |
|  | ) DATE: August 26, 2013 |
| Defendant. | ) TIME: 10:00 a.m. |
|  | ) Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Monday, August 26, 2013, at 10:00 a.m. be advanced to **Monday, August 5, 2013, at 10:00 a.m.** This request is made by both counsel with the intention of conserving time and resources for both parties and the court.

///
///
///
///
///

- 1 -
Stipulation and [Proposed] Order to Advance Sentencing Hearing
CASE NO.: 1:12-CR-00418 AWI

```
                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: July 31, 2013                    /s/Kathleen A. Servatius
                                        KATHLEEN A. SERVATIUS
                                        Assistant United States Attorney


DATED: July 31, 2013                    /s/ Anthony P. Capozzi
                                        ANTHONY P. CAPOZZI
                                        Attorney for Defendant
                                        TIMOTHY BUTLER
```

## ORDER

**IT IS SO ORDERED.** Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case be advanced from Monday, August 26, 2013, at 10:00 a.m. to **Monday, August 5, 2013, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:  July 31, 2013                   _____
                                        SENIOR DISTRICT JUDGE