UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Timothy Butler**<br>**Docket Number:  1:12CR00418-02**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Timothy Butler is requesting permission to travel to Guadalajara, Mexico.  Timothy Butler is currently being supervised in the Central District of California Probation Office and is in compliance with all supervision obligations.  His probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On August 5, 2013, Timothy Butler was sentenced for the offense Conspiracy to Distribute Methamphetamine.

**Sentence Imposed:**  He was sentenced to 70 months in the Bureau of Prisons, 36 months of supervised release, $100 special assessment, and mandatory drug testing.

**Dates and Mode of Travel:**  He plans to travel from August 3 to August 9, 2017, and his mode of travel is by air.

**Purpose:**  The purpose of his travel is to visit friends.

**RE:     Timothy Butler**
         **Docket Number:  1:12CR00418-002**
         **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,
/s/ Marlene DeOrian

Marlene DeOrian
Sr. United States Probation Officer

Dated:   July 19, 2017
         Fresno, California
         MKD

**REVIEWED BY:**         /s/ Tim D. Mechem
                         **Tim D. Mechem**
                         **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated:   July 28, 2017                    _____
                                          SENIOR DISTRICT JUDGE