# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:** **Timothy Butler**<br>**Docket Number: 0972 1:12CR00418-002**<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Timothy Butler is requesting permission to travel to Guadalajara, Jalisco, Mexico. Timothy Butler is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 5, 2013, Timothy Butler was sentenced for the offenses of 21 USC 846, 841(a)(1), (b)(1)(A) – Conspiracy to Distribute Methamphetamine (Class A Felony).

**Sentence Imposed:** 70 months Bureau of Prisons, 36 months Supervised Release, and $100 Special Assessment (Paid). Special conditions include: Warrantless Search; Financial Disclosure; Drug/Alcohol Treatment; Drug/Alcohol Testing; No Alcohol; Mental Health Treatment; Aftercare Co-payment; Drug Registration.

**Dates and Mode of Travel:** From December 15, 2017, through December 23, 2017. Volaris Airlines, departing from Los Angeles, California.

**Purpose:** To attend nephew's birthday.

**RE:   Timothy Butler**
       **Docket Number:  0972 1:12CR00418-002**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                              Respectfully submitted,

                              /s/ Tim Mechem

                              Tim D. Mechem
                              Supervising United States Probation Officer

Dated:    October 31, 2017
          Fresno, California
          TDM/rmv


**REVIEWED BY:**        **/s/ Brian J. Bedrosian**
                        **Brian J. Bedrosian**
                        **Supervising United States Probation Officer**

---

### ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved


IT IS SO ORDERED.

Dated:  November 1, 2017              _____
                                      SENIOR DISTRICT JUDGE