# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Timothy Butler**<br>**Docket Number: 1:12CR00418-002**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Timothy Butler is requesting permission to travel to Guadalajara, Mexico. The offender is being supervised by the Probation Office in the Central District of California. The assigned officer noted the offender is in compliance with all supervision terms and conditions, is employed and is residentially stable. The assigned officer recommended travel be approved.

**Conviction and Sentencing Date:** On August 5, 203, Timothy Butler was sentenced for the offense(s) of 21 U.S.C. 846, 841(a)(1), (b)(1)(A), Conspiracy to Distribute Methamphetamine (Class A Felony).

**Sentence Imposed:** 70 months custody in the Bureau of Prisons, 36 months term of supervised release; $100 special assessment (Paid).

**Dates and Mode of Travel:** From July 18, 2018, through August 1, 2018. Travel arrangements will be made should the Court grant approval.

**Purpose:** To visit family.

**RE:** Timothy Butler
  Docket Number: 1:12CR00418-002
  <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

        Respectfully submitted,

        *Adrian Garcia*

        Adrian Garcia
        Choose an item.

Dated:   July 10, 2018
        Fresno, California
        AG/dp

**REVIEWED BY:**    *Tim D. Mechem*
        **Tim D. Mechem**
        **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated:   July 12, 2018          _____
                                          SENIOR DISTRICT JUDGE

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX